FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA
THE OFFICE OF THE CLERK OF SUPREMEN COURT
HELENA, MONTANA 59620-3003

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0011

| | |
|---|---|
| IN THE MATTER OF THE CONSERVATORSHIP OF<br><br>H.D.K.,<br><br>A Protected Person. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Having read Appellant's Motion for Extension of Time, finding no objection, and good cause appearing, it is hereby ordered Appellant is granted a thirty-day extension to file his reply brief by Aug. 11, 2021.

No further extensions will be granted.

Signed this _____ day of July 2021.

_____
Clerk of the Montana Supreme Court

**ORDER GRANTING THIRTY-DAY EXTENSION**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 6 2021